# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

ATC SEQUOIA, LLC                                                                                 **PLAINTIFF**

VS.                                                    **CIVIL ACTION NO.: 3:15-CV-144-DMB-JMV**

CONSTRUCTION ENTERPRISES, INC.                                  **DEFENDANT**

## ORDER

By Order dated August 27, 2015, Plaintiff was required to file a statement of jurisdiction within 48 hours "outlining the appropriate states of citizenship necessary to establish complete diversity" in this case. The Court had pointed out that the Complaint failed to identify the citizenship of the members of Plaintiff ATC Sequoia, LLC. In its Statement of Jurisdiction [9] filed August 28, Plaintiff states:

1. The sole member of ATC Sequoia, LLC is American Towers, LLC, domiciled in Delaware.
2. American Towers, LLC's sole member is American Tower Corporation, domiciled in Delaware.

Having reviewed Plaintiff's Statement of Jurisdiction, along with the Complaint, the Court finds Plaintiff's allegations of jurisdiction remain defective because Plaintiff has failed to identify the state of incorporation and principal place of business for both American Tower Corporation and Defendant Construction Enterprises, Inc. Plaintiff will have additional time until 5:00 p.m. today to cure this defect.

SO ORDERED this 31st day of August, 2015.

                                                                         /s/ Jane M. Virden
                                                                         **UNITED STATES MAGISTRATE JUDGE**