# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**ATC SEQUOIA, LLC**                                                                                      **PLAINTIFF**

**V.**                                                                           **NO. 3:15-CV-00144-DMB-JMV**

**CONSTRUCTION ENTERPRISES, INC.**                                                          **DEFENDANT**

## ORDER OF DISMISSAL

In light of the Joint Stipulation of Dismissal Without Prejudice [19] filed on October 22, 2015, this matter is fully and finally **DISMISSED without prejudice**, with each party to bear its own costs.

**SO ORDERED**, this 26th day of October, 2015.

/s/ Debra M. Brown
**UNITED STATES DISTRICT JUDGE**